1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MILTON WOODS, | Case No. 12-cv-05161 NC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Re: Dkt. No. 1 |
| CROTHALL HEALTH CARE, | |
| Defendant. | |

16    Plaintiff Milton Woods brings this action for employment discrimination against

17 defendant Crothall Health Care.  Woods is a resident of Mississippi.  Dkt. No. 1.  Crothall is

18 located in Pennsylvania.  Dkt. No. 6.  No part of the actions alleged by Woods are described

19 to have occurred in the Northern District of California.  Nor do the facts alleged show that

20 Crothall has sufficient contact with California to give this Court personal jurisdiction over

21 it.  Accordingly, Woods must show cause by January 22, 2013 why venue is proper and

22 why this Court has personal jurisdiction over Crothall.

23    Also by January 22, 2013, the parties must consent to or decline the jurisdiction of a

24 United States magistrate judge by signing and filing one of the attached forms.

25    The case management conference currently scheduled for January 9, 2013 is moved

26 to February 6, 2013 at 10:00 a.m. in Courtroom A, 15th Floor, 450 Golden Gate Avenue,

27 San Francisco, California.  The parties must file a joint case management statement by

28 January 30, 2013.

Case No. 12-cv-05161 NC
ORDER TO SHOW CAUSE

1    For additional guidance, Woods may refer to the Court's Pro Se Handbook, available

2 on the Court's website at http://www.cand.uscourts.gov/prosehandbook, or contact the

3 Legal Help Center, which provides information and limited-scope legal advice to pro se

4 litigants in civil cases.  The Legal Help Center requires an appointment, which can be made

5 by calling (415) 782-9000 x8657.

6    IT IS SO ORDERED.

7    Date: January 7, 2013

8    Nathanael M. Cousins
     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 12-cv-05161 NC
ORDER TO SHOW CAUSE                2