IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MILTON WOODS,

        Plaintiff,

  v.

CROTHALL HEALTHCARE, INC.,

        Defendant.
_____/

No. C 12-05161 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a telephonic Case Management Conference on September 19, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

    PANEL MEDIATION. The parties are hereby REFERRED to the ADR Department for the purpose of participating in panel mediation, to take place, ideally, within the next ninety (90) days.

    2.    PRO SE HELP DESK

    Plaintiff is encouraged to consult with the court's pro se help desk, available at 415-782-8982.

3. DISCOVERY.

Defendant has already provided plaintiff with initial disclosures. Plaintiff is to provide his initial disclosures to defendant by October 11, 2013.

4. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **January 9, 2014 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED: 09/19/13

_____
RICHARD SEEBORG
United States District Judge