SEYFARTH SHAW LLP
Claudia Y. S. Wilson (SBN 215333)
cyswilson@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Frederick T. Smith (GA Bar 657575) (*admitted pro hac vice*)
fsmith@seyfarth.com
1075 Peachtree Street, N.E., Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 888-1021
Facsimile: (404) 892-7056

Attorneys for Defendant
Crothall HealthCare Inc.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MILTON WOODS, | ) | Case No. 3:12-cv-05161-RS |
| Plaintiff, | ) ) | **STIPULATED DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |
| v. | ) ) | |
| CROTHALL HEALTHCARE, INC., | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Milton Woods and Defendant Crothall Healthcare, Inc., individually or through their respective counsel of record, as represented by their signatures below, that all claims alleged on behalf of Plaintiff Milton Woods in the above entitled matter against Defendant Crothall Healthcare be DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of suit and attorneys' fees.

IT IS SO STIPULATED.

DATED: January 23, 2014

SEYFARTH SHAW LLP

By _____
Frederick T. Smith
Claudia Y.S. Wilson

Attorneys for Defendant
CROTHALL HEALTHCARE, INC.

DATED: January 23, 2014

MILTON WOODS

By _Milton Woods_____
Milton Woods

IN PRO PER

## ORDER

**IT IS HEREBY ORDERED** that:

The above entitled matter, Case No. CV-12-5161 RS, is DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of suit and attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___1/24_____, 2014

_____
RICHARD G. SEEBORG
UNITED STATES DISTRICT JUDGE

16733120v.1